■ KELLE BELMONT, Respondent, v PALM BEACH CLUB, INC., Appellant. (Appeal No. 3.) [668 NYS2d 114] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Damages.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

■ KELLE BELMONT, Respondent, v PALM BEACH CLUB, INC., Appellant. (Appeal No. 5.) [668 NYS2d 115] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendant's request for a missing witness charge with respect to plaintiff's treating neurologist. It is ap-

parent that any testimony that the neurologist might have been expected to give was already before the jury through medical reports and other expert testimony. Thus, that testimony would have been cumulative (*see, Austin v Knowlton,* 234 AD2d 918; *Butts v Braun,* 204 AD2d 1069).

We reject defendant's contention that the jury's award for past and future pain and suffering is excessive. The award does not deviate materially from what would be reasonable compensation (*see,* CPLR 5501 [c]; *Harvey v Mazal Am. Partners,* 79 NY2d 218, 225). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Damages.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.